## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Israel Irizarry | : | No. 18-10449 ref |
| | Debtor | : | Chapter 13 |
| | | : | |

## **ORDER**

**AND NOW**, debtor is granted an extension of time to file his Chapter 13 Schedules, Statement of Financial Affairs, and all missing documents listed on this Court's Order dated January 25, 2018, an additional fourteen (14) days from February 22, 2018 until March 8, 2018.

BY THE COURT:

**Date: February 22, 2018**

_____
Bankruptcy Judge