United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Israel Izizarry  
    Debtor

Case No. 18-10449-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Feb 22, 2018  
                    Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2018.  
db         Israel Izizarry,  347 W Lynnwood St,  Allentown, PA  18103-5056  
cr        +Wilmington Trust, National Association, not in its,   ROBERTSON, ANSCHUTZ & SCHNEID, P.L,   6409 Congress Ave., Suite 100,  Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2018 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JOHN EVERETT COOK    on behalf of Debtor Israel  Izizarry bankruptcy@everettcooklaw.com, G29494@notify.cincompass.com  
         KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 bkyefile@rasflaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, et. al. bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                               TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Israel Irizarry | : | No. 18-10449 ref |
| | Debtor | : | Chapter 13 |
| | | : | |

## ORDER

**AND NOW**, debtor is granted an extension of time to file his Chapter 13 Schedules, Statement of Financial Affairs, and all missing documents listed on this Court's Order dated January 25, 2018, an additional fourteen (14) days from February 22, 2018 until March 8, 2018.

BY THE COURT:

**Date: February 22, 2018**

_____
Bankruptcy Judge