Certificate Number: 15317-PAE-DE-030722436

Bankruptcy Case Number: 18-10449



15317-PAE-DE-030722436

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 15, 2018</u>, at <u>4:43</u> o'clock <u>AM PDT</u>, <u>Israel Irizarry</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    <u>March 15, 2018</u>                By:    <u>/s/Eunice Francia</u>

Name:  <u>Eunice Francia</u>

Title:   <u>Counselor</u>