United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 18-10449-ref
Israel Izizarry                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR              Page 1 of 2           Date Rcvd: Apr 11, 2018
                            Form ID: 152             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
```
db             Israel Izizarry,    347 W Lynnwood St,    Allentown, PA 18103-5056
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            +Wilmington Trust, National Association, not in its,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L,
               6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
14044736       Allentown School District,    %Portnoff Law Associates, Ltd.,    PO Box 3020,
               Norristown, PA 19404-3020
14044738      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bk of Amer,     PO Box 982238,    El Paso, TX 79998-2238)
14044737      #Bank of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
14044741      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238-1119)
14044739       Capital One,    Attn: General Correspondence/Bankruptcy,    PO Box 30285,
               Salt Lake City, UT 84130-0285
14044740       Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
14044742       City of Allentown,    435 Hamilton St,    Allentown, PA 18101-1603
14044743       Credit Acceptance,    PO Box 513,    Southfield, MI 48037-0513
14044744       Credit Acceptance,    25505 W 12 Mile Rd Ste 3000,    Southfield, MI 48034-8331
14057123      +Fay Servicing LLC,    as Servicer for Wilmington Trust, NA,    c/o KML Law Group, P.C.,
               710 Market Street,    Suite 5000,    Philadelphia, PA 19106-2312
14044745      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14044746       First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14044747       Lehigh County Fiscal Affairs,    Government Center,    17 S 7th St Rm 119,
               Allentown, PA 18101-2401
14044748       Lehigh County Tax Claim Bureau,    %,    17 S 7th St Rm 120,    Allentown, PA 18101-2401
14044749       Mid America Bk/Total C,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
14044750       Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
14044751       Ppl,    %Penn Credit,    PO Box 988,    Harrisburg, PA 17108-0988
14044752       Progressive Advanced Ins Co,    %Receivable Management,    240 Emery St,
               Bethlehem, PA 18015-1980
14044753       Receivable Management,    240 Emery St,    Bethlehem, PA 18015-1980
14044754       Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
14044755      +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
               Weldon Springs, MO 63304-2225
14044756       Verizon,    PO Box 650584,    Dallas, TX 75265-0584
14076146      +WILMINGTON TRUST, NATIONAL ASSOCIATION,    Fay Servicing, LLC,    3000 Kellway Dr. Ste. 150,
               Carrollton, TX 75006-3357
14054613      +Wilmington Trust, National Association,,    c/o RAS Crane, LLC,    10700 Abbot's Bridge Road,
               Suite 170,    Duluth, GA 30097-8461
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 12 2018 01:37:23
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 12 2018 01:37:33     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14085273       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 12 2018 01:35:24
               LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14084247       E-mail/Text: bknotices@totalcardinc.com Apr 12 2018 01:37:29     Mid America Bank & Trust,
               Total Visa,    PO Box 91510,    Sioux Falls, SD 57109-1510
14081319      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 12 2018 01:37:28     Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
14086048       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2018 01:52:00
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14073619      +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 12 2018 01:37:31     Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14044755      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 12 2018 01:37:08
               Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
               Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 8
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: SaraR                 Page 2 of 2                  Date Rcvd: Apr 11, 2018
                              Form ID: 152                Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOHN EVERETT COOK    on behalf of Debtor Israel  Izizarry bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              KEVIN M. BUTTERY    on behalf of Creditor   Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 bkyefile@rasflaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Trust, National Association, et. al.
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Israel Izizarry
    Debtor(s)

Case No: 18−10449−ref
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 6/5/18 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court