**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | |
| **Israel Irizarry AKA Israel Irizarry** | **:** | **Case No.: 18-10449** |
| **Sr.** | **:** | **Chapter 13** |
| | **:** | **Judge Richard E. Fehling** |
| **Debtor(s).** | **:** | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| | **:** | |
| | **:** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Wilmington Trust, National

Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1, its

successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in

this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

18-018557_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Israel Irizarry AKA Israel Irizarry** | : | **Case No.: 18-10449** |
| **Sr.** | : | **Chapter 13** |
| | : | **Judge Richard E. Fehling** |
| **Debtor(s).** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Frederick L. Reigle, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA  19606

John Everett Cook, Attorney for Israel Irizarry AKA Israel Irizarry Sr., 2309 MacArthur Road, Whitehall, PA  18052, bankruptcy@everettcooklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on June 20, 2018:

Manuel Irizarry and Israel Irizarry AKA Israel Irizarry Sr., 347 W Lynnwood St, Allentown, PA  18103-5056

Manuel Irizarry and Israel Irizarry AKA Israel Irizarry Sr., 347 W Lynnwood St, Allentown, PA 18103

DATE: _ June 20, 2018 _

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

18-018557_PS

Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

18-018557_PS