# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-10449-ref** |
| **Israel Irizarry AKA Israel Irizarry Sr.** | : | **Chapter 13** |
| | : | **Judge Richard E. Fehling** |
| **Debtor(s)** | : | ＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊ |
| | : | |
| **Wilmington Trust, National Association,** | : | **Date and Time of Hearing** |
| **not in its individual capacity, but solely** | : | **Place of Hearing** |
| **as trustee for MFRA Trust 2015-1** | : | **July 19, 2018 at 9:30 a.m.** |
| **Movant,** | : | |
| vs | : | **400 Washington Street** |
| | : | **Courtroom #1** |
| **Manuel Irizarry** | : | **Reading, PA, 19601** |
| **Israel Irizarry AKA Israel Irizarry Sr.** | : | |

**Frederick L. Reigle**

        **Respondents.**

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 has filed a For In Rem Relief.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before July 10, 2018, you or your attorney must do **ALL** of the following:

   A. File an answer explaining your position at:

   **Clerk, U.S. Bankruptcy Court**
   400 Washington Street
   Reading, PA, 19601

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

   B. Mail a copy to the Creditor's attorney and the below listed:

United States Trustee
Office of the U.S. Trustee

18-018557_FXF

833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Ave.
Reading, PA  19606
ecfmail@fredreiglech13.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Richard E. Fehling on July 19, 2018 at 9:30 a.m. in 400 Washington Street, Courtroom #1, Reading, PA, 19601.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:  June 25, 2018

18-018557_FXF

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-10449-ref** |
| **Israel Irizarry AKA Israel Irizarry Sr.** : | **Chapter 13** |
| : | **Judge Richard E. Fehling** |
| **Debtor(s)** : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| : | |
| **Wilmington Trust, National Association,** : | **Date and Time of Hearing** |
| **not in its individual capacity, but solely** : | **Place of Hearing** |
| **as trustee for MFRA Trust 2015-1** : | **July 19, 2018 at 9:30 a.m.** |
| **Movant,** : | |
| : | **400 Washington Street** |
| **vs** : | **Courtroom #1** |
| : | **Reading, PA, 19601** |
| **Manuel Irizarry** : | |
| **Israel Irizarry AKA Israel Irizarry Sr.** : | |

**Frederick L. Reigle**

**Respondents.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding For In Rem Relief was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Frederick L. Reigle, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA 19606

John Everett Cook, Attorney for Israel Irizarry AKA Israel Irizarry Sr., 2309 MacArthur Road, Whitehall, PA 18052, bankruptcy@everettcooklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on June 25, 2018:

Manuel Irizarry and Israel Irizarry AKA Israel Irizarry Sr., 347 W Lynnwood St, Allentown, PA 18103

18-018557_FXF

Manuel Irizarry and Israel Irizarry AKA Israel Irizarry Sr., 347 W Lynnwood St, Allentown, PA 18103-5056

DATE: June 25, 2018 /s/ Karina Velter

Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-018557_FXF