## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-10449** |
| **Israel Irizarry AKA Israel Irizarry Sr.** | : | **Chapter 13** |
| | : | **Judge Richard E. Fehling** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wilmington Trust, National Association,** | : | **Date and Time of Hearing** |
| **not in its individual capacity, but solely** | : | **Place of Hearing** |
| **as trustee for MFRA Trust 2015-1** | : | **July 19, 2018 at 9:30 a.m** |
| **Movant,** | : | |
| | : | _____ |
| **vs** | : | |
| | : | **400 Washington Street** |
| **Manuel Irizarry** | : | **Courtroom #1** |
| **Israel Irizarry AKA Israel Irizarry Sr.** | : | **Reading, PA, 19601** |

**Frederick L. Reigle**

      **Respondents.**

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR IN REM RELIEF FILED BY WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1 IN ORDER TO FORECLOSE ON 347 W LYNNWOOD ST, ALLENTOWN, PA 18103-5056 (DOCUMENT NO. 45)

  The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for In Rem Relief ("Motion") filed on June 25, 2018 at Document No. 45 has been received. The undersigned further certifies that the Court's docket in the case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 10, 2018.

  It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                    /s/ Karina Velter
                    Karina Velter, Esquire (94781)

18-018557_FXF

Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-018557_FXF

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-10449** |
| **Israel Irizarry AKA Israel Irizarry Sr.** | : | **Chapter 13** |
| | : | **Judge Richard E. Fehling** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wilmington Trust, National Association,** | : | **Date and Time of Hearing** |
| **not in its individual capacity, but solely** | : | **Place of Hearing** |
| **as trustee for MFRA Trust 2015-1** | : | **July 19, 2018 at 9:30 a.m** |
| **Movant,** | : | |
| | : | _____ |
| vs | : | |
| | : | **400 Washington Street** |
| **Manuel Irizarry** | : | **Courtroom #1** |
| **Israel Irizarry AKA Israel Irizarry Sr.** | : | **Reading, PA, 19601** |

**Frederick L. Reigle**

         **Respondents.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection Regarding Motion for In Rem Relief to permit Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 to foreclose on 347 W Lynnwood St, Allentown, PA 18103- 5056 was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Frederick L. Reigle, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., P.O. Box 4010, Reading, PA 19606

John Everett Cook, Attorney for Israel Irizarry AKA Israel Irizarry Sr., 2309 MacArthur Road, Whitehall, PA 18052, bankruptcy@everettcooklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on July  17, 2018:

18-018557_FXF

Manuel Irizarry and Israel Irizarry AKA Israel Irizarry Sr., 347 W Lynnwood St, Allentown, PA  18103

Manuel Irizarry and Israel Irizarry AKA Israel Irizarry Sr., 347 W Lynnwood St, Allentown, PA 18103-5056

DATE:  7/17/18

/s/ Karina Velter

Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-018557_FXF