# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Israel Irizarry** | : | CHAPTER 13 |
| | : | NO. 18-10449 ref |

## PRAECIPE TO CONVERT
## CHAPTER 13 TO CHAPTER 7

The undersigned Debtor, Israel Irizarry, by and through his attorney, Everett Cook, Esquire, respectfully requests that his Chapter 13 case be converted to a Voluntary Chapter 7 case under Title 11 of the United States Code.

/s/Israel Irizarry
Israel Irizarry, Debtor


/s/ Everett Cook
Everett Cook, Esquire

Date:  July 18, 2018