# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 18-10449-ref |
| **Israel Irizarry AKA Israel Irizarry Sr.** | : | Chapter 13 |
| | : | Judge Richard E. Fehling |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wilmington Trust, National Association,** | : | Date and Time of Hearing |
| **not in its individual capacity, but solely** | : | Place of Hearing |
| **as trustee for MFRA Trust 2015-1** | : | July 19, 2018 at 9:30 a.m. |
| **Movant,** | : | |
| | : | _____ |
| vs | : | |
| | : | 400 Washington Street |
| **Manuel Irizarry** | : | Courtroom #1 |
| **Israel Irizarry AKA Israel Irizarry Sr.** | : | Reading, PA, 19601 |

**Frederick L. Reigle**

          **Respondents.**

## ORDER OF COURT

AND NOW, upon consideration of the Motion for in Rem Relief filed by Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 ("Creditor"), it is hereby **ORDERED,** that the automatic stay shall not apply to the Property of the Debtor located at 347 W Lynnwood St, Allentown, PA 18103-5056 and more particularly described in the Mortgage, recorded January 9, 2007, at Instrument Number 7390410, for a period of two years from the date of entry of this Order.

It is further **ORDERED**, that in the event of dismissal of this case for any reason, the Debtor shall be prohibited from refiling a bankruptcy petition, under any chapter of the Code, for a period of 180 days.

Upon recordation of this Order in the official records of the Philadelphia County Recorder of Deeds, this Order shall be binding in any other case filed under this title purporting to affect the Property. Any sheriff that is presented with a bankruptcy petition filed within the two year period by Israel Irizarry or any other person claiming an interest in the Property, may disregard the petition and continue to obtain possession of the Property.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor

18-018557_FXF

in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

**Date: July 20, 2018**

BY THE COURT

_____
RICHARD E. FEHLING, JUDGE
UNITED STATES BANKRUPTCY COURT

18-018557_FXF