United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Israel Irizarry  
    Debtor

Case No. 18-10449-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 2     Date Rcvd: Jul 18, 2018  
                  Form ID: pdf900     Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2018.

```
db              Israel Irizarry,    347 W Lynnwood St,    Allentown, PA  18103-5056
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Wilmington Trust, National Association, not in its,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
14044736        Allentown School District,    %Portnoff Law Associates, Ltd.,    PO Box 3020,
                 Norristown, PA  19404-3020
14107007       +Allentown School District,    c/o Portnoff Law Associates, Ltd.,    2700 Horizon Drive,
                 Suite 100,    King of Prussia, PA 19406-2726
14106666       +Allentown School District and Public Asset Managem,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
14044738      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk of Amer,    PO Box 982238,    El Paso, TX  79998-2238)
14044742        City of Allentown,    435 Hamilton St,    Allentown, PA  18101-1603
14116343       +City of Allentown,    Revenue and Audit Bureau,    435 Hamilton St Rm 215,
                 Allentown PA 18101-1603
14044744        Credit Acceptance,    25505 W 12 Mile Rd Ste 3000,    Southfield, MI  48034-8331
14044743        Credit Acceptance,    PO Box 513,    Southfield, MI  48037-0513
14057123       +Fay Servicing LLC,    as Servicer for Wilmington Trust, NA,    c/o KML Law Group, P.C.,
                 710 Market Street,    Suite 5000,    Philadelphia, PA 19106-2312
14044745       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14044746        First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD  57107-0145
14044747        Lehigh County Fiscal Affairs,    Government Center,    17 S 7th St Rm 119,
                 Allentown, PA  18101-2401
14044748       +Lehigh County Tax Claim Bureau,    1170 Highway 315, Suite 2,    Plains, PA 18702-6906
14044749        Mid America Bk/Total C,    5109 S Broadband Ln,    Sioux Falls, SD  57108-2208
14044750       #Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA  17104-3425
14044751        Ppl,    %Penn Credit,    PO Box 988,    Harrisburg, PA  17108-0988
14044752        Progressive Advanced Ins Co,    %Receivable Management,    240 Emery St,
                 Bethlehem, PA  18015-1980
14107009       +Public Asset Management, Inc.,    c/o Portnoff Law Associates, Ltd.,    2700 Horizon Drive,
                 Suite 100,    King of Prussia, PA 19406-2726
14044753        Receivable Management,    240 Emery St,    Bethlehem, PA  18015-1980
14044754        Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC  29603-0826
14076146       +WILMINGTON TRUST, NATIONAL ASSOCIATION,    Fay Servicing, LLC,    3000 Kellway Dr. Ste. 150,
                 Carrollton, TX 75006-3357
14125447       +Wilmington Trust, National Association,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
14054613       +Wilmington Trust, National Association,,    c/o RAS Crane, LLC,    10700 Abbot's Bridge Road,
                 Suite 170,    Duluth, GA 30097-8461
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2018 02:12:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2018 02:13:18      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14044741        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 19 2018 02:17:39      Capital One,
                 15000 Capital One Dr,    Richmond, VA  23238-1119
14044740        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 19 2018 02:16:55      Capital One,
                 PO Box 30253,    Salt Lake City, UT  84130-0253
14044739        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 19 2018 02:17:39      Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
14085273        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 19 2018 02:17:01
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14084247        E-mail/Text: bknotices@totalcardinc.com Jul 19 2018 02:13:10      Mid America Bank & Trust,
                 Total Visa,    PO Box 91510,    Sioux Falls, SD 57109-1510
14081319       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 19 2018 02:13:09      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14086048        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2018 02:17:00
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14073619       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 19 2018 02:13:14      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14044756        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 19 2018 02:12:43
                 Verizon,    PO Box 650584,    Dallas, TX  75265-0584
14044755       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 19 2018 02:12:43
                 Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 12
```

```
District/off: 0313-4          User: SaraR                  Page 2 of 2                  Date Rcvd: Jul 18, 2018
                              Form ID: pdf900              Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14116344*      +City of Allentown,    Revenue and Audit Bureau,    435 Hamilton St Rm 215,
                 Allentown PA 18101-1603
14044737       ##Bank of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC  27420-6012
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Public Asset Management, Inc.
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOHN EVERETT COOK    on behalf of Debtor Israel  Irizarry bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              KARINA   VELTER     on behalf of Creditor    Wilmington Trust, National Association
               amps@manleydeas.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 bkyefile@rasflaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, et. al.
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 11
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| **Israel Irizarry** | :    CHAPTER 13 |
| | :    NO. 18-10449 ref |

**PRAECIPE TO CONVERT**
**CHAPTER 13 TO CHAPTER 7**

    The undersigned Debtor, Israel Irizarry, by and through his attorney, Everett Cook, Esquire, respectfully requests that his Chapter 13 case be converted to a Voluntary Chapter 7 case under Title 11 of the United States Code.

                                          /s/Israel Irizarry
                                          Israel Irizarry, Debtor


                                          /s/ Everett Cook
                                          Everett Cook, Esquire

Date:  July 18, 2018