United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Israel Irizarry  
    Debtor

Case No. 18-10449-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 1    Date Rcvd: Jul 20, 2018  
                         Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2018.
```
db              Israel Irizarry,    347 W Lynnwood St,    Allentown, PA  18103-5056
cr             +Wilmington Trust, National Association, not in its,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL  33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Public Asset Management, Inc.
               jwood@portnoffonline.com,  jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOHN EVERETT COOK    on behalf of Debtor Israel   Irizarry bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              KARINA  VELTER   on behalf of Creditor    Wilmington Trust, National Association
               amps@manleydeas.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 bkyefile@rasflaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, et. al.
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
                                                                                                                                  TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | Case No.: 18-10449-ref |
| **Israel Irizarry AKA Israel Irizarry Sr.** : | Chapter 13 |
| : | Judge Richard E. Fehling |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * |
| : | |
| **Wilmington Trust, National Association,** : | Date and Time of Hearing |
| **not in its individual capacity, but solely** : | Place of Hearing |
| **as trustee for MFRA Trust 2015-1** : | July 19, 2018 at 9:30 a.m. |
| **Movant,** : | |
| : | _____ |
| **vs** : | |
| : | |
| : | 400 Washington Street |
| **Manuel Irizarry** : | Courtroom #1 |
| **Israel Irizarry AKA Israel Irizarry Sr.** : | Reading, PA, 19601 |

**Frederick L. Reigle**

**Respondents.**

## ORDER OF COURT

AND NOW, upon consideration of the Motion for in Rem Relief filed by Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 ("Creditor"), it is hereby **ORDERED,** that the automatic stay shall not apply to the Property of the Debtor located at 347 W Lynnwood St, Allentown, PA 18103-5056 and more particularly described in the Mortgage, recorded January 9, 2007, at Instrument Number 7390410, for a period of two years from the date of entry of this Order.

It is further **ORDERED**, that in the event of dismissal of this case for any reason, the Debtor shall be prohibited from refiling a bankruptcy petition, under any chapter of the Code, for a period of 180 days.

Upon recordation of this Order in the official records of the Philadelphia County Recorder of Deeds, this Order shall be binding in any other case filed under this title purporting to affect the Property. Any sheriff that is presented with a bankruptcy petition filed within the two year period by Israel Irizarry or any other person claiming an interest in the Property, may disregard the petition and continue to obtain possession of the Property.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor

18-018557_FXF

in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

**Date: July 20, 2018**

BY THE COURT

_____
RICHARD E. FEHLING, JUDGE
UNITED STATES BANKRUPTCY COURT

18-018557_FXF