```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                              Case No. 18-10449-ref
Israel Irizarry                                                     Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-4          User: Lisa                Page 1 of 2           Date Rcvd: Jul 23, 2018
                              Form ID: 309A             Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2018.
db             Israel Irizarry,    347 W Lynnwood St,    Allentown, PA 18103-5056
tr            +MICHAEL H KALINER,    Michael H. Kaliner Trustee,    350 South Main Street,    Suite 105,
                Doylestown, PA 18901-4872
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14044736       Allentown School District,    %Portnoff Law Associates, Ltd.,    PO Box 3020,
                Norristown, PA 19404-3020
14107007      +Allentown School District,    c/o Portnoff Law Associates, Ltd.,    2700 Horizon Drive,
                Suite 100,    King of Prussia, PA 19406-2726
14106666      +Allentown School District and Public Asset Managem,    c/o Portnoff Law Associates, Ltd.,
                P.O. Box 3020,    Norristown, PA 19404-3020
14044742       City of Allentown,    435 Hamilton St,    Allentown, PA 18101-1603
14116343      +City of Allentown,    Revenue and Audit Bureau,    435 Hamilton St Rm 215,
                Allentown PA 18101-1603
14044744       Credit Acceptance,    25505 W 12 Mile Rd Ste 3000,    Southfield, MI 48034-8331
14044743       Credit Acceptance,    PO Box 513,    Southfield, MI 48037-0513
14057123      +Fay Servicing LLC,    as Servicer for Wilmington Trust, NA,    c/o KML Law Group, P.C.,
                710 Market Street,    Suite 5000,    Philadelphia, PA 19106-2312
14044747       Lehigh County Fiscal Affairs,    Government Center,    17 S 7th St Rm 119,
                Allentown, PA 18101-2401
14044748      +Lehigh County Tax Claim Bureau,    1170 Highway 315, Suite 2,    Plains, PA 18702-6906
14044749       Mid America Bk/Total C,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
14044750      #Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
14044751       Ppl,   %Penn Credit,    PO Box 988,    Harrisburg, PA 17108-0988
14044752       Progressive Advanced Ins Co,    %Receivable Management,    240 Emery St,
                Bethlehem, PA 18015-1980
14107009      +Public Asset Management, Inc.,    c/o Portnoff Law Associates, Ltd.,    2700 Horizon Drive,
                Suite 100,    King of Prussia, PA 19406-2726
14044753       Receivable Management,    240 Emery St,    Bethlehem, PA 18015-1980
14044754       Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
14076146      +WILMINGTON TRUST, NATIONAL ASSOCIATION,    Fay Servicing, LLC,    3000 Kellway Dr. Ste. 150,
                Carrollton, TX 75006-3357
14125447      +Wilmington Trust, National Association,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
                Columbus, OH 43216-5028
14054613      +Wilmington Trust, National Association,,    c/o RAS Crane, LLC,    10700 Abbot's Bridge Road,
                Suite 170,    Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: bankruptcy@everettcooklaw.com Jul 24 2018 02:20:15      JOHN EVERETT COOK,
                The Law Offices of Everett Cook, P.C.,    2309 MacArthur Road,    Whitehall, PA 18052
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2018 02:20:36
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 24 2018 02:21:04       U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 24 2018 02:20:54       United States Trustee,
                Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14044738       EDI: BANKAMER.COM Jul 24 2018 06:18:00      Bk of Amer,    PO Box 982238,
                El Paso, TX 79998-2238
14044737       EDI: BANKAMER.COM Jul 24 2018 06:18:00      Bank of America,    NC4-105-03-14,    PO Box 26012,
                Greensboro, NC 27420-6012
14044741       EDI: CAPITALONE.COM Jul 24 2018 06:18:00      Capital One,    15000 Capital One Dr,
                Richmond, VA 23238-1119
14044740       EDI: CAPITALONE.COM Jul 24 2018 06:18:00      Capital One,    PO Box 30253,
                Salt Lake City, UT 84130-0253
14044739       EDI: CAPITALONE.COM Jul 24 2018 06:18:00      Capital One,
                Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
14044745      +EDI: AMINFOFP.COM Jul 24 2018 06:18:00      First Premier Bank,    601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
14044746       EDI: AMINFOFP.COM Jul 24 2018 06:18:00      First Premier Bank,    3820 N Louise Ave,
                Sioux Falls, SD 57107-0145
14085273       EDI: RESURGENT.COM Jul 24 2018 06:18:00      LVNV Funding, LLC its successors and assigns as,
                assignee of MHC Receivables, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
14084247       EDI: TCISOLUTIONS.COM Jul 24 2018 06:18:00      Mid America Bank & Trust,    Total Visa,
                PO Box 91510,    Sioux Falls, SD 57109-1510
14081319      +EDI: MID8.COM Jul 24 2018 06:18:00      Midland Funding LLC,    PO Box 2011,
                Warren, MI 48090-2011
14086048       EDI: PRA.COM Jul 24 2018 06:18:00      Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk VA 23541
```

```
District/off: 0313-4          User: Lisa                 Page 2 of 2                  Date Rcvd: Jul 23, 2018
                              Form ID: 309A              Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14073619       +EDI: JEFFERSONCAP.COM Jul 24 2018 06:18:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14044756        EDI: VERIZONCOMB.COM Jul 24 2018 06:18:00      Verizon,    PO Box 650584,
                 Dallas, TX 75265-0584
14044755       +EDI: VERIZONCOMB.COM Jul 24 2018 06:18:00      Verizon,
                 Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14116344*      +City of Allentown,    Revenue and Audit Bureau,    435 Hamilton St Rm 215,
                 Allentown PA 18101-1603
                                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Public Asset Management, Inc.
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOHN EVERETT COOK    on behalf of Debtor Israel  Irizarry bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              KARINA  VELTER    on behalf of Creditor    Wilmington Trust, National Association
               amps@manleydeas.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 bkyefile@rasflaw.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, et. al.
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 10
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Israel Irizarry** | Social Security number or ITIN | **xxx–xx–4232** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **1/25/18** |
| Case number: | **18–10449–ref** | Date case converted to chapter **7** | **7/18/18** |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Israel Irizarry | |
| 2. | **All other names used in the last 8 years** | aka Israel Irizarry Sr. | |
| 3. | **Address** | 347 W Lynnwood St<br>Allentown, PA 18103–5056 | |
| 4. | **Debtor's attorney**<br>Name and address | JOHN EVERETT COOK<br>The Law Offices of Everett Cook, P.C.<br>2309 MacArthur Road<br>Whitehall, PA 18052 | Contact phone 610–351–3566<br><br>Email:  bankruptcy@everettcooklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | MICHAEL H KALINER<br>Michael H. Kaliner Trustee<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901 | Contact phone 215–230–4250<br><br>Email:  mhkaliner@gmail.com |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 7/23/18 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 24, 2018 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Allentown Federal Courthouse, 504 W. Hamilton Street, Allentown, PA 18101** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/23/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |