# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Israel Irizarry aka Israel Irizarry, Sr.<br>　　　　　　　　Debtor | CHAPTER 13 |
| Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1<br>　　　　　　　　Movant<br>　　vs. | NO. 18-10449 REF |
| Israel Irizarry aka Israel Irizarry, Sr.<br>　　　　　　　　Debtor<br>Manuel Irizarry　　　Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle Esq.　　Trustee | |

## ORDER

AND NOW, upon consideration of the Motion of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 for relief from the automatic stay and co-debtor stay pursuant to 11 U.S.C. §§ 362 and 1301, and any response thereto, it is hereby:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 347 West Lynnwood Street, Allentown, PA 18103. ("Property"), so as to allow Movant,

its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its in rem State Court remedies.

**Date: July 25, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　_R NME [signature]_
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.