United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Israel Irizarry  
    Debtor

Case No. 18-10449-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Jul 26, 2018  
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.
db          Israel Irizarry,    347 W Lynnwood St,    Allentown, PA  18103-5056
cr        +Wilmington Trust, National Association, not in its,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L,    6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2018 at the address(es) listed below:
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         JAMES RANDOLPH WOOD    on behalf of Creditor    Public Asset Management, Inc. jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
         JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
         JOHN EVERETT COOK    on behalf of Debtor Israel   Irizarry bankruptcy@everettcooklaw.com, G29494@notify.cincompass.com
         KARINA   VELTER    on behalf of Creditor    Wilmington Trust, National Association amps@manleydeas.com
         KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 bkyefile@rasflaw.com
         MICHAEL H KALINER    mhkaliner@gmail.com,   pa35@ecfcbis.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, et. al. bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                   TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Israel Irizarry aka Israel Irizarry, Sr.<br>                              Debtor | CHAPTER 13 |
| Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1<br>                              Movant<br>    vs. | NO. 18-10449 REF |
| Israel Irizarry aka Israel Irizarry, Sr.<br>                              Debtor<br>Manuel Irizarry         Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle Esq.    Trustee | |

## ORDER

AND NOW, upon consideration of the Motion of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 for relief from the automatic stay and co-debtor stay pursuant to 11 U.S.C. §§ 362 and 1301, and any response thereto, it is hereby:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 347 West Lynnwood Street, Allentown, PA 18103. ("Property"), so as to allow Movant,

its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its in rem State Court remedies.

**Date: July 25, 2018**

_____
United States Bankruptcy Judge.