**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE:                                                                 CASE NO.: 18-10449-ref
                                                                              CHAPTER 13

Israel Irizarry
    Debtor

_____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1 ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Proof of Claim filed on July 31st, 2018 on the claims register as claim # 12**

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969


By: /s/ Kevin Buttery
    Kevin Buttery, Esquire
    Bar Number 319438
    Email: kbuttery@rascrane.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE:                                                                                    CASE NO.: 18-10449-ref
                                                                                          CHAPTER 13
Israel Irizarry
   Debtor

_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 1, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JOHN EVERETT COOK
2309 MACARTHUR ROAD
WHITEHALL, PA  18052

ISRAEL IZIZARRY
347 W LYNNWOOD ST
ALLENTOWN, PA  18103-5056

FREDERICK L. REIGLE
2901 ST. LAWRENCE AVENUE
P.O. BOX 4010
READING, PA  19606

U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA  19107

        ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
        Attorney for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-241-1969

        By: /s/ Kevin Buttery
           Kevin Buttery, Esquire
           Bar Number 319438
           Email: kbuttery@rascrane.com