UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Israel Irizarry | : | No. 18-10449ref |
| | Debtor | : | Chapter 13 |
| | | : | |

## CERTIFICATION OF NO RESPONSE

I, Everett Cook, Esquire, counsel for the Debtor, hereby certify that on September 18, 2018, a Notice of Motion and MOTION TO EMPLOY PROFESSIONAL was served upon the creditors and parties in interest listed on the attached Label Matrix for local noticing and the following:

**KEVIN M. BUTTERY**
RAS Crane, LLC
10700 Abbot's Bridge Road
Suite 170
Duluth, GA 30097

**MICHAEL H KALINER**
Michael H. Kaliner Trustee
350 South Main Street
Suite 105
Doylestown, PA 18901

**REBECCA ANN SOLARZ**
KML Law Group, P.C.
710 Market Street
Suite 5000
Philadelphia, PA 19106

**KARINA VELTER**
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216

**JAMES RANDOLPH WOOD**
Portnoff Law Associates, Ltd.
2700 Horizon Drive
Suite 100
King of Prussia, PA 19406

The above-named have failed to file on or before October 9, 2018, (21 days) any Answer, Objection or other responsive pleading.

Dated: 10/10/18

Signed:/s/ Everett Cook
By: Everett Cook, Esq.
The Law Offices of Everett Cook, P.C.
2309 Macarthur Road
Whitehall, PA, 18052
610.351.3566

```
Label Matrix for local noticing              Wilmington Trust, National Association, not   Reading
0313-4                                       ROBERTSON, ANSCHUTZ & SCHNEID, P.L            400 Washington Street
Case 18-10449-ref                            6409 Congress Ave., Suite 100                 Suite 300
Eastern District of Pennsylvania             Boca Raton, FL 33487-2853                     Reading, PA 19601-3951
Reading
Tue Sep 18 12:13:10 EDT 2018

Allentown School District                    Allentown School District                     Allentown School District and Public Asset M
%Portnoff Law Associates, Ltd.               c/o Portnoff Law Associates, Ltd.             c/o Portnoff Law Associates, Ltd.
PO Box 3020                                  2700 Horizon Drive                            P.O. Box 3020
Norristown, PA 19404-3020                    Suite 100                                     Norristown, PA 19404-3020
                                             King of Prussia, PA 19406-2726

Bank of America                              (p)BANK OF AMERICA                            (p)CAPITAL ONE
NC4-105-03-14                                PO BOX 982238                                 PO BOX 30285
PO Box 26012                                 EL PASO TX 79998-2238                         SALT LAKE CITY UT 84130-0285
Greensboro, NC 27420-6012

Capital One                                  Capital One                                   City of Allentown
Attn: General Correspondence/Bankruptcy      PO Box 30253                                  435 Hamilton St
PO Box 30285                                 Salt Lake City, UT 84130-0253                 Allentown, PA 18101-1603
Salt Lake City, UT 84130-0285

City of Allentown                            Credit Acceptance                             Credit Acceptance
Revenue and Audit Bureau                     25505 W 12 Mile Rd Ste 3000                   PO Box 513
435 Hamilton St Rm 215                       Southfield, MI 48034-8331                     Southfield, MI 48037-0513
Allentown PA 18101-1603

Fay Servicing LLC                            First Premier Bank                            First Premier Bank
as Servicer for Wilmington Trust, NA         3820 N Louise Ave                             601 S Minnesota Ave
c/o KML Law Group, P.C.                      Sioux Falls, SD 57107-0145                    Sioux Falls, SD 57104-4868
710 Market Street
Suite 5000
Philadelphia, PA 19106-2312

LVNV Funding, LLC its successors and assigns Lehigh County Fiscal Affairs                  Lehigh County Tax Claim Bureau
assignee of MHC Receivables, LLC             Government Center                             1170 Highway 315, Suite 2
Resurgent Capital Services                   17 S 7th St Rm 119                            Plains, PA 18702-6906
PO Box 10587                                 Allentown, PA 18101-2401
Greenville, SC 29603-0587

Mid America Bank & Trust                     Mid America Bk/Total C                        Midland Funding LLC
Total Visa                                   5109 S Broadband Ln                           PO Box 2011
PO Box 91510                                 Sioux Falls, SD 57108-2208                    Warren, MI 48090-2011
Sioux Falls, SD 57109-1510

Penn Credit Corporatio                       (p)PORTFOLIO RECOVERY ASSOCIATES LLC          Ppl
916 S 14th St                                PO BOX 41067                                  %Penn Credit
Harrisburg, PA 17104-3425                    NORFOLK VA 23541-1067                         PO Box 988
                                                                                           Harrisburg, PA 17108-0988

Premier Bankcard, Llc                        Progressive Advanced Ins Co                   Public Asset Management, Inc.
Jefferson Capital Systems LLC Assignee       %Receivable Management                        c/o Portnoff Law Associates, Ltd.
Po Box 7999                                  240 Emery St                                  2700 Horizon Drive
Saint Cloud Mn 56302-7999                    Bethlehem, PA 18015-1980                      Suite 100
                                                                                           King of Prussia, PA 19406-2726
```

Receivable Management
240 Emery St
Bethlehem, PA  18015-1980

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603-0826

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107-4405

Verizon
PO Box 650584
Dallas, TX  75265-0584

Verizon
Verizon Wireless Bankruptcy Administrati
500 Tecnolgy Dr Ste 500
Weldon Springs, MO 63304-2225

WILMINGTON TRUST, NATIONAL ASSOCIATION
Fay Servicing, LLC
3000 Kellway Dr. Ste. 150
Carrollton, TX 75006-3357

Wilmington Trust, National Association
c/o Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

Wilmington Trust, National Association,
c/o RAS Crane, LLC
10700 Abbot's Bridge Road
Suite 170
Duluth, GA 30097-8461

Israel Irizarry
347 W Lynnwood St
Allentown, PA 18103-5056

JOHN EVERETT COOK
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052-4523

MICHAEL H KALINER
Michael H. Kaliner Trustee
350 South Main Street
Suite 105
Doylestown, PA 18901-4872


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bk of Amer
PO Box 982238
El Paso, TX  79998-2238

Capital One
15000 Capital One Dr
Richmond, VA  23238-1119

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Allentown School District

(u)Public Asset Management, Inc.

(u)Wilmington Trust, National Association

(u)Wilmington Trust, National Association, et

(d)Wilmington Trust, National Association
Fay Servicing, LLC
3000 Kellway Dr Ste 150
Carrollton TX 75006-3357

End of Label Matrix
Mailable recipients    40
Bypassed recipients     5
Total                  45