UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    **Israel Irizarry**    :    No. 18-10449ref
**Debtor**    :    Chapter 7

## CERTIFICATION OF NO RESPONSE

I, Everett Cook, Esquire, counsel for the Debtor, hereby certify that on September 20, 2018 a Notice of Motion, Motion to Sell Real Estate and proposed Order was served upon the creditors and parties in interest listed on the attached Label Matrix for local noticing AND upon

**KEVIN M. BUTTERY**
RAS Crane, LLC
10700 Abbot's Bridge Road
Suite 170
Duluth, GA 30097

Rolando Ramos, Esq.
**William Miller*r Interim Trustee**
2901 St. Lawrence Avenue
Reading, PA 19606

**MICHAEL H KALINER**
Michael H. Kaliner Trustee
350 South Main Street
Suite 105
Doylestown, PA 18901

**REBECCA ANN SOLARZ**
KML Law Group, P.C.
710 Market Street
Suite 5000
Philadelphia, PA 19106

**KARINA VELTER**
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216

**JAMES RANDOLPH WOOD**
Portnoff Law Associates, Ltd.
2700 Horizon Drive
Suite 100
King of Prussia, PA 19406

Manuel Irizarry
1324 E. 5th St.
Bethlehem PA 18015

The above-named and all other creditors and parties in interest have failed to file any Answer, Objection or responsive pleading on or before September 9, 2018 (19 days).

Dated: 10/10/18                   Signed: /s/ Everett Cook
                                  By: Everett Cook, Esq.
                                  The Law Offices of Everett Cook, P.C.
                                  2309 Macarthur Road
                                  Whitehall, PA, 18052
                                  610.351.3566
                                  610.351.3556 FAX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 18-10449-ref<br>Eastern District of Pennsylvania<br>Reading<br>Thu Sep 20 14:19:18 EDT 2018 | Wilmington Trust, National Association, not<br>ROBERTSON, ANSCHUTZ & SCHNEID, P.L<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | Reading<br>400 Washington Street<br>Suite 300<br>Reading, PA 19601-3951 |
| Allentown School District<br>%Portnoff Law Associates, Ltd.<br>PO Box 3020<br>Norristown, PA 19404-3020 | Allentown School District<br>c/o Portnoff Law Associates, Ltd.<br>2700 Horizon Drive<br>Suite 100<br>King of Prussia, PA 19406-2726 | Allentown School District and Public Asset M<br>c/o Portnoff Law Associates, Ltd.<br>P.O. Box 3020<br>Norristown, PA 19404-3020 |
| Bank of America<br>NC4-105-03-14<br>PO Box 26012<br>Greensboro, NC 27420-6012 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One<br>Attn: General Correspondence/Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>PO Box 30253<br>Salt Lake City, UT 84130-0253 | City of Allentown<br>435 Hamilton St<br>Allentown, PA 18101-1603 |
| City of Allentown<br>Revenue and Audit Bureau<br>435 Hamilton St Rm 215<br>Allentown PA 18101-1603 | Credit Acceptance<br>25505 W 12 Mile Rd Ste 3000<br>Southfield, MI 48034-8331 | Credit Acceptance<br>PO Box 513<br>Southfield, MI 48037-0513 |
| Fay Servicing LLC<br>as Servicer for Wilmington Trust, NA<br>c/o KML Law Group, P.C.<br>710 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-2312 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 |
| LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lehigh County Fiscal Affairs<br>Government Center<br>17 S 7th St Rm 119<br>Allentown, PA 18101-2401 | Lehigh County Tax Claim Bureau<br>1170 Highway 315, Suite 2<br>Plains, PA 18702-6906<br>The following recipients may be/h |
| Mid America Bank & Trust<br>Total Visa<br>PO Box 91510<br>Sioux Falls, SD 57109-1510 | Mid America Bk/Total C    :wn School District<br>5109 S Broadband Ln<br>Sioux Falls, SD 57108-2208 | Midland Funding LLC         (u)Aller<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Penn Credit Corporatio<br>916 S 14th St<br>Harrisburg, PA 17104-3425 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC rust  tional A ppd... e\*i..u, -   H)Wilmington ' u ju)%ilmi<br>PO BOX 41067         %Penn Credit        ~ay Servicing  I~<br>NORFOLK VA 23541-1067        PO Box 988  .   3000 Kollway J  S-: ., ~<br>        Harrisburg, PA 17108-0988 lton T>  8~~ 3~ |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Progressive Advanced Ins Co<br>%Receivable Management<br>240 Emery St<br>Bethlehem, PA 18015-1980 | Public Asset Management, Inc.<br>c/o Portnoff Law Associates, Ltd.<br>2700 Horizon Drive<br>Suite 100<br>King of Prussia, PA 19406-2726 |

| | | |
|---|---|---|
| Receivable Management<br>240 Emery St<br>Bethlehem, PA 18015-1980 | Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville, SC 29603-0826 | United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107-4405 |
| Verizon<br>PO Box 650584<br>Dallas, TX 75265-0584 | Verizon<br>Verizon Wireless Bankruptcy Administrati<br>500 Tecnolgy Dr Ste 500<br>Weldon Springs, MO 63304-2225 | WILMINGTON TRUST, NATIONAL ASSOCIATION<br>Fay Servicing, LLC<br>3000 Kellway Dr. Ste. 150<br>Carrollton, TX 75006-3357 |
| Wilmington Trust, National Association<br>c/o Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Wilmington Trust, National Association,<br>c/o RAS Crane, LLC<br>10700 Abbot's Bridge Road<br>Suite 170<br>Duluth, GA 30097-8461 | Israel Irizarry<br>347 W Lynnwood St<br>Allentown, PA 18103-5056 |
| JOHN EVERETT COOK<br>The Law Offices of Everett Cook, P.C.<br>2309 MacArthur Road<br>Whitehall, PA 18052-4523 | MICHAEL H KALINER<br>Michael H. Kaliner Trustee<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901-4872 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk of Amer<br>PO Box 982238<br>El Paso, TX 79998-2238 | Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238-1119 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Allentown School District | (u)Public Asset Management, Inc. | (u)Wilmington Trust, National Association |
| (u)Wilmington Trust, National Association, et | (d)Wilmington Trust, National Association<br>Fay Servicing, LLC<br>3000 Kellway Dr Ste 150<br>Carrollton TX 75006-3357 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients    5<br>Total                  45 |