UNITED STATES BANKRUPCTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Israel Irizarry

                  Ch. 7

        Debtor             No. 18-10449ref

## ORDER

AND NOW, after notice and hearing, on the Debtor's Motion to Employ Professional, the following is ORDERED;

Alex Rodrigues is appointed as realtor for the property known as 438 Spruce St., Allentown PA 18102.

So Ordered,

BY THE COURT:

10/11/18

_____
RICHARD FEHLING
United States bankruptcy Judge