UNITED STATES BANKRUPCTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
|    Israel Irizarry | :   Chapter 7 |
|    Debtor | :   No. 18-10449ref |

### STIPULATED ORDER

AND NOW, upon consideration of Debtor's Motion to Sell Real Property known as 438 Spruce St., Allentown PA 18102 pursuant to 11 U.S.C. Section 363 and after notice to the Chapter 7 Trustee ("Trustee"), the office of the United States Trustee, all creditors and parties in interest, after opportunity for hearing thereon, it is hereby

ORDERED that

1. The Motion is granted.

2. The debtor, Israel Irizarry, ("Debtor") is authorized to sell the real property located at 438 Spruce St., Allentown PA 18102, pursuant to the terms of the Motion and the Agreement of Sale attached thereto, for the sum of $40,000.00, free and clear of all liens.

3. Full payoff of all real estate taxes to the respective tax collectors is to be made at closing with proof of payoff provided to Debtor's attorney and the Chapter 7 Trustee at least three (3) days prior to closing.

4. All municipal lien holders, if any, to be paid in full.

5. Real Estate Brokers fees of $2,400.00 [handwritten: $1200] will be paid at closing.

6. Debtor, Israel Irizarry's exemption is in the amount of $11,850.00.

7. Debtor, Manuel Irisarry's exemption is in the amount of $4,804.41.

All Proceeds remaining after payment of all of the above listed payments, including normal settlement costs and fees, shall be paid to William Miller*r, Interim Chapter 13 Trustee as

Michael Kaliner, Esquire (Chapter 7 Trustee) filed his Report of No Distribution on August 27, 2018.

8. To the extent any proceeds of sale remain after payment of the said closing costs and liens, such remaining proceeds of sale shall be paid as follows:

> 100% to the Trustees for distribution in accordance with the Debtor's Chapter 13 Plan. Trustee shall pay all priority claims and administrative claims first. After paying priority and administrative claims the Trustee shall pay all allowed unsecured claims. Any remainder shall be distributed to Debtor.

8. Debtors are authorized to execute any and all documents and to perform any and all acts necessary to consummate the sale of the Property as authorized herein.

9. Debtors shall provide a final copy of the HUD-1 settlement statement to the Trustee within one week after closing.

Agreed to:

| /s/Everett Cook              9/20/18 | |
|---|---|
| Everett Cook, Esq.         Date | Rolando Ramos, Esq.       Date |
| Attorney for Debtors | Attorney for Chapter 13 Trustee |

Michael Kaliner, Esq.          Date
Chapter 7 Trustee

James Randlolph Wood, Esq.    Date
Attorney for Allentown School District

BY THE COURT:

10/11/18

United States bankruptcy Judge