# UNITED STATES BANKRUPCTY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | |
| --- | --- | --- |
| Israel Irizarry | : | Chapter 7 |
| Debtor | : | No. 18-10449ref |

## ORDER

AND NOW, upon consideration of Debtor's Motion to Abandon Real Property known as 438 Spruce St., Allentown PA 18102 pursuant to 11 U.S.C. Section 363 and after notice to the Chapter 7 Trustee ("Trustee"), the office of the United States Trustee, all creditors and parties in interest, after opportunity for hearing thereon, it is hereby

ORDERED that

1. The Motion is granted.

BY THE COURT:

10/11/18

United States bankruptcy Judge