United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-10449-ref
Israel Irizarry                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1              Date Rcvd: Oct 11, 2018
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
db             Israel Irizarry,    347 W Lynnwood St,    Allentown, PA  18103-5056
r             +Alex Rodrigues,    Keller Williams Real Estate,    2801 Emrick Blvd, Ste 100,
               Bethlehem, PA 18020-8015
cr            +Wilmington Trust, National Association, not in its,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L,
               6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Public Asset Management, Inc.
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JOHN EVERETT COOK    on behalf of Debtor Israel  Irizarry bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              KARINA  VELTER    on behalf of Creditor    Wilmington Trust, National Association
               amps@manleydeas.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Trust, National Association
               bkyefile@rasflaw.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 bkyefile@rasflaw.com
              MICHAEL H KALINER    mhkaliner@gmail.com,    pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,    pa35@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, et. al.
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12

UNITED STATES BANKRUPCTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    Israel Irizarry | : | Chapter 7 |
|    Debtor | : | No. 18-10449ref |

## STIPULATED ORDER

AND NOW, upon consideration of Debtor's Motion to Sell Real Property known as 438 Spruce St., Allentown PA 18102 pursuant to 11 U.S.C. Section 363 and after notice to the Chapter 7 Trustee ("Trustee"), the office of the United States Trustee, all creditors and parties in interest, after opportunity for hearing thereon, it is hereby

ORDERED that

1. The Motion is granted.

2. The debtor, Israel Irizarry, ("Debtor") is authorized to sell the real property located at 438 Spruce St., Allentown PA 18102, pursuant to the terms of the Motion and the Agreement of Sale attached thereto, for the sum of $40,000.00, free and clear of all liens.

3. Full payoff of all real estate taxes to the respective tax collectors is to be made at closing with proof of payoff provided to Debtor's attorney and the Chapter 7 Trustee at least three (3) days prior to closing.

4. All municipal lien holders, if any, to be paid in full.

5. Real Estate Brokers fees of ~~$2,400.00~~ $1200 will be paid at closing.

6. Debtor, Israel Irizarry's exemption is in the amount of $11,850.00.

7. Debtor, Manuel Irisarry's exemption is in the amount of $4,804.41.

All Proceeds remaining after payment of all of the above listed payments, including normal settlement costs and fees, shall be paid to William Miller*r, Interim Chapter 13 Trustee as

Michael Kaliner, Esquire (Chapter 7 Trustee) filed his Report of No Distribution on August 27, 2018.

8. To the extent any proceeds of sale remain after payment of the said closing costs and liens, such remaining proceeds of sale shall be paid as follows:

> 100% to the Trustees for distribution in accordance with the Debtor's Chapter 13 Plan. Trustee shall pay all priority claims and administrative claims first. After paying priority and administrative claims the Trustee shall pay all allowed unsecured claims. Any remainder shall be distributed to Debtor.

8. Debtors are authorized to execute any and all documents and to perform any and all acts necessary to consummate the sale of the Property as authorized herein.

9. Debtors shall provide a final copy of the HUD-1 settlement statement to the Trustee within one week after closing.

Agreed to:

| /s/Everett Cook          9/20/18 | |
|---|---|
| Everett Cook, Esq.        Date | Rolando Ramos, Esq.        Date |
| Attorney for Debtors | Attorney for Chapter 13 Trustee |

Michael Kaliner, Esq.        Date
Chapter 7 Trustee

James Randlolph Wood, Esq.    Date
Attorney for Allentown School District

BY THE COURT:

10/11/18

United States bankruptcy Judge